UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERELD CAMMACK | CIVIL ACTION |
| VERSUS | NUMBER: 18-3614 |
| LOUISIANA DEPARTMENT OF HEALTH, ET AL. | SECTION: "F"(5) |

### ORDER

The administrative stay that was entered in this matter (rec. doc. 28, p. 7) is hereby extended pending the outcome of *Zarda v. Altitude Express, Inc.*, 883 F.3d 100 (2nd Cir. 2018), *cert. granted*, ___ U.S. ___, 139 S.Ct. 1599 (2019).

New Orleans, Louisiana, this 25th day of July, 2019.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE